[No. 66753-0-I.  Division One.  June 11, 2012.]

SARA ROBERTSHAW, *Respondent*, v. DOLORES JOHNSON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-16830-3, Jeffrey M. Ramsdell, J., entered
January 7, 2011. *Dismissed* by unpublished opinion per
Lau, J., concurred in by Leach, C.J., and Becker, J.

[No. 66840-4-I.  Division One.  June 11, 2012.]

BARRY REISS, *Respondent*, v. ASHLEY THOMAS ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 07-2-06152-3, Kenneth L. Cowsert, J.,
entered February 24, 2011. *Affirmed* by unpublished opin-
ion per Appelwick, J., concurred in by Spearman, A.C.J., and
Ellington, J.

[No. 66927-3-I.  Division One.  June 11, 2012.]

*In the Matter of the Marriage of* SUDESH S. KOTHARI,
*Appellant*, and KUNJLATA S. KOTHARI, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 09-3-06940-2, Michael J. Fox, J., entered March
4, 2011. *Affirmed* by unpublished opinion per Leach, C.J.,
concurred in by Becker and Appelwick, JJ.

[No. 66942-7-I.  Division One.  June 11, 2012.]

PHYSICIAN ANESTHESIA ASSOCIATION, INC., PS, *Respondent*, v.
MOLINA HEALTHCARE OF WASHINGTON, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-2-03642-8, Thomas J. Wynne, J.,
entered May 20, 2010. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Schindler, J.,
concurred in by Leach, C.J., and Appelwick, J.